# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

137949

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ALICIA BRINDLEY, MAX FRANKLIN,
and BARBARA FRANKLIN,
          Plaintiffs-Appellees,

v

SEVERSTAL NORTH AMERICA, INC.,
          Defendant-Appellant.

SC: 137949
COA: 286155
Wayne CC: 07-704488-NZ

_____/

      On order of the Court, the application for leave to appeal the November 12, 2008 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Henry v Dow Chemical Co* (Docket No. 136298) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

                             Clerk

s0316